No. D–2520. IN RE DISBARMENT OF DEUTCHMAN. Disbarment entered. [For earlier order herein, see 562 U. S. 811.]

No. 10M108. GRIMES *v.* BARBER ET AL.; and

No. 10M109. DRISCOLL *v.* DeLaROSA. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 10–1042. FREEMAN ET VIR *v.* QUICKEN LOANS, INC. C. A. 5th Cir.;

No. 10–1139. FACULTY SENATE OF FLORIDA INTERNATIONAL UNIVERSITY ET AL. *v.* FLORIDA. C. A. 11th Cir.; and

No. 10–1144. REPUBLICA BOLIVARIANA DE VENEZUELA ET AL. *v.* DRFP L. L. C., DBA SKYE VENTURES. C. A. 6th Cir. The Acting Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 10–8395. SEMLER *v.* CROW WING COUNTY SOCIAL SERVICES ET AL. Ct. App. Minn. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [562 U. S. 1283] denied.

No. 10–8580. SHAHIN *v.* STROSSER ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 902] denied.

No. 10–8795. SIMON *v.* BICKELL ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 901] denied.

No. 10–9485. MURRAY *v.* TRULY. C. A. 6th Cir.; and

No. 10–10055. LAWLER ET AL. *v.* UNITED STATES. Ct. App. D. C. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 6, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–1284. IN RE FORD;

No. 10–10047. IN RE MILES; and

No. 10–10126. IN RE MCGHEE. Petitions for writs of habeas corpus denied.

No. 10–1200. IN RE ROSENQUIST; and

No. 10–9638. IN RE ROUTIE. Petitions for writs of mandamus denied.